Bruce W. Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
419 5th Street
Oregon City, OR 97045
Phone: 503-722-8833
Fax: 503-656-8481
Attorney for plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| TERESA MACY, | CASE NO. 3:11-cv-01081-BR |
| Plaintiff, | PROPOSED ORDER |
| vs. | |
| COMMISSIONER,<br>Social Security Administration | |
| Defendant. | |

Plaintiff's motion to dismiss this case without prejudice is hereby granted.

Dated this 15th day of September, 2011.

_____
Judge, United States District Court